IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

L.C. Brown, # 275487,                                  )
                                                       )    C/A No.: 4:05-0669-MBS-TER
                    Plaintiff,                         )
                                                       )
         vs.                                           )
                                                       )
All Nurses and Doctors in Medical at                  )
Lieber Correctional Institution,                       )          **O R D E R**
                                                       )
                    Defendants.                        )
_____)

      Plaintiff L.C. Brown is an inmate in custody of the South Carolina Department of Corrections who currently is housed at the Lieber Correctional Institution in Ridgeville, South Carolina. Plaintiff, appearing pro se, alleges he was denied adequate medical care at LCI. The complaint has been construed as brought pursuant to 42 U.S.C. § 1983.

      In accordance with 28 U.S.C. § 636(b) and Local Rule 73.02, D.S.C., this matter was referred to United States Magistrate Judge Thomas E. Rogers III for pretrial handling. The Magistrate Judge reviewed the complaint pursuant to the provisions of 28 U.S.C. §§ 1915 and 1915A and the Prison Litigation Reform Act of 1996. On March 29, 2005, the Magistrate Judge filed a Report and Recommendation in which he recommended that the case be dismissed without prejudice to allow Plaintiff to exhaust his administrative remedies. Plaintiff filed no response to the Report.

      The Magistrate Judge makes only a recommendation to this court. The recommendation has no presumptive weight. The responsibility for making a final determination remains with this court. Mathews v. Weber, 423 U.S. 261, 270 (1976). The court is charged with making a de novo determination of any portions of the Report and Recommendation to which a specific objection is made. The court may accept, reject, or modify, in whole or in part, the recommendation made by

the Magistrate Judge or may recommit the matter to the Magistrate Judge with instructions.  28

U.S.C. § 636(b)(1).  In the absence of objections to the Report, this court is not required to give any

explanation for adopting the recommendation.  Camby v. Davis, 718 F.2d 198, 199 (4th Cir. 1983).

The court has thoroughly reviewed the record.  The court concurs in the Report and

Recommendation of the Magistrate Judge and  incorporates it herein by reference.  The case is

dismissed *without prejudice* and without issuance and service of process

**IT IS SO ORDERED**.

/s/ Margaret B. Seymour
United States District Judge

April 29, 2005

Columbia, South Carolina

**NOTICE OF RIGHT TO APPEAL**

**Plaintiff is hereby notified that he has the right to appeal this order pursuant to Rules 3 and 4 of the Federal Rules of Appellate Procedure.**

2